Decided December 3, 2008

## RONALD HOLLISTER *v.* EDNA THOMAS ET AL.

## RONALD HOLLISTER *v.* ACTION CONSTRUCTION, INC.

The plaintiff's petition for certification for appeal from the Appellate Court, 110 Conn. App. 692 (AC 28821), is denied.

*Hope C. Seeley* and *Sandra Snaden Kuwaye*, in support of the petition.

*J. Kevin Golger, Karen K. Clark* and *Frank G. Usseglio*, in opposition.

Decided December 3, 2008

## MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. *v.* RAYMOND GODUTO ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 110 Conn. App. 367 (AC 28900), is denied.

*James R. Winkel*, in support of the petition.

*David F. Borrino*, in opposition.

Decided December 3, 2008